# JS 44 (Rev. 03/24) CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert W. Johnson, USA

**(b)** County of Residence of First Listed Plaintiff: USA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Willie Johnson; 65 Sidney St; Buffalo, NY 14211

## DEFENDANTS
NYC Human Resources Admin. Dept. of Social Services, et al, USA

County of Residence of First Listed Defendant: USA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*: PRO SE CORPORATION

## II. BASIS OF JURISDICTION
[X] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1
Citizen of Another State: DEF [X] 5 — Incorporated and Principal Place of Business In Another State

## IV. NATURE OF SUIT
[X] 230 Rent Lease & Ejectment

## V. ORIGIN
[X] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
CORPORATION FRAUD, PONZI SCHEMES & WIRE FRAUD

## VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $: $999,999,999.99
JURY DEMAND: [X] Yes

## VIII. RELATED CASE(S) IF ANY
JUDGE: TBD
DOCKET NUMBER: TBD

DATE: 07/07/2025
SIGNATURE OF ATTORNEY OF RECORD: Robert W. J[ohnson]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Defendants:
New York State Insurance Fund, Fordham Job Center, A. Kunda, State of New York, New York City Department of Social Services, Human Resources Administration, Family Independence Administration, Cityscape Living Inc.



